NSAHLAI LAW FIRM
EMMANUEL NSAHLAI, SBN (207588)
Email: nsahlai.e@nsahlailawfirm.com
11755 WILSHIRE BLVD, STE 1250
LOS ANGELES, CA 90025
Tel   :  (213) 797-0369
Fax   :  (213) 973-4617

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cameroon Association of Victims of Ambazonia Inc., on behalf of itself and its members and victims;<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>Ambazonia Foundation Inc., non-profit Maryland corporation; Ambazonia Interim Government, entity form unknown; Ambazonia Governing Council, entity form unknown; Ambazonia Defense Forces, entity form unknown; Tapang Ivo Tanku, an individual; Christopher Anu Fobeneh a.k.a Chris Anu, an individual.<br><br>　　　　Defendants, | **Case No.:** 2:20-cv-01115<br><br>**NOTICE TO COUNSEL OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

-1-

*Cameroon Association of Victims of Ambazonia Terrorism. v. Ambazonia Foundation Inc. et al*
Notice to Counsel of Ex Parte Application for a Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should not Issue

# NOTICE TO COUNSEL

Pursuant to local rules, counsel for Plaintiff, Cameroon Association of Victims of Ambazonia Terrorism Inc. ("CAVAT") contacted counsel for Defendants to give notice of Plaintiff's ex parte application as follows:

1. Defendant Ambazonia Interim Government ("AIG") represented by their de facto leader and Secretary of Communications, Chris Anu, full name, Christopher Anu Fobeneh, whose counsel is: Gary E. Devlin, of Hinshaw & Culbertson LLP. Counsel for plaintiff contacted Mr. Devlin at 310-909-8017, counsel for Chris Anu, by phone on February 05, 2020, to advise him of the ex parte emergency application. I thereafter sent him an email to gdevlin@hinshawlaw.com to advise him of the ex parte application for a Temporary Restraining Order, contents of the application, and relief sought.

2. Defendants Ambazonia Governing Council ("AGC") and Ambazonia Defense Forces ("ADF"), represented by their official spokesman Tapang Ivo Tanku, whose counsel of record is: J. Curtis Edmondson. Counsel for plaintiff contacted Mr. Curtis Edmonson in person on February 4, 2020, and during an in-person meeting, on February 4, 2020, at approximately 3:25pm, to advise him of the ex parte application.

3. Further, personal service of this Application is out for service on the Ambazonia Defense Forces Chairman Benedict Kuah. I called to advise Mr. Benedict Kuah

1  of this ex parte application by phone at on February 5, 2020, at his work phone number located on LinkedIn.

4. Defendants Ambazonia Foundation Inc. is currently pending personal service at their agent of service of process by registered nationwide servers www.weserve.com .

5. I have listed all parties known attorneys on the service list of this Application, Complaint, and related documents, for service via the CM / ECF system.

Date: February 05, 2020                    Respectfully Submitted,

                                          EMMANUEL NSAHLAI

                                          By: _____/S/_____
                                          NSAHLAI LAW FIRM

                                          EMMANUEL NSAHLAI, SBN (207588)
                                          email: nsahlai.e@nsahlailawfirm.com
                                          11755 WILSHIRE BLVD, STE 1250
                                          LOS ANGELES, CA 90025
                                          Tel (213) 797-0369
                                          Fax (213) 973-4617

                                          Attorney for Plaintiffs

-2-
*Cameroon Association of Victims of Ambazonia Terrorism. v. Ambazonia Foundation Inc. et al*
Notice to Counsel of Ex Parte Application for a Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should not Issue

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 5, 2020 I directed that the foregoing document be electronically filed with the Clerk of the Court by using the CM/ECF system, and served electronically on all parties of record.

By:_____/s/_____
     EMMANUEL NSAHLAI

*Cameroon Association of Victims of Ambazonia Terrorism. v. Ambazonia Foundation Inc. et al*
Certificate of Service

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28