| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | CLEAR FORM |
|---|---|
| EMMANUEL NSAHLAI<br>NSAHLAI LAW FIRM<br>11755 WILSHIRE BLVD STE 1250<br>LOS ANGELES, CA 90025 | |

ATTORNEY(S) FOR:  PLAINTIFF

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| Cameroon Association of Victims of Ambazonia Terrorism Inc., on behalf of itself and its membe<br>Plaintiff(s),<br>v.<br>Ambazonia Foundation Inc.; Ambazonia Interim Government; Ambazonia Governing Council; et al<br>Defendant(s) | 2:20-cv-01115<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for     PLAINTIFF
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Cameroon Association of Victims of Ambazonia Terrorism Inc. | Plaintiff |
| Ambazonia Foundation Inc. | Defendant |
| Ambazonia Interim Government | Defendant |
| Ivo Tanku Tapang | Defendant |
| Christopher Anu Fobeneh | Defendant |
| Ambazonia Defense Forces | Defendant |
| Ambazonia Governing Council | Defendant |

| February 05, 2020 | /s/Emmanuel Nsahlai /s/ |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Cameroon Association of Victims of Ambazonia Terrorism Inc.