J. Curtis Edmondson (CSB 236105)
Edmondson IP Law
2660 SE 39th Loop, Suite D
Hillsboro, OR 97123
503-336-3749/ FAX: (503) 482-7418
jcedmondson@edmolaw.com

*Attorney for Defendant*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cameroon Association of Victims of Ambazonia Terrorism Inc.<br><br>vs.<br><br><br>Ambazonia Foundation Inc. et al.,<br><br>Defendant. | Case No. : **2:20-cv-01115-PA-AS**<br><br>**OBJECTIONS TO PLAINTIFF'S RESPONSE (ECF 16) TO THIS COURT'S OSC RE DISMISSAL (ECF 15)**<br><br>**Hon. Percy Anderson**<br>**Hon. Alka Sagar** |

Unserved defendant, Ivo Tapang, objects to Plaintiff's response (ECF 16) to this Court's OSC (ECF 15).

There are no facts supporting "good cause" aside from a generic response that the organization has been "disrupted on all levels". The California Secretary of State indicates that this organization was formed on January 29, 2020 by counsel less than four months ago. (See Exhibit 1).

Further, this Court can take judicial notice of the Court order in *John Doe and Jane Doe v. Ivo Tanku Tapang* (ND CAL 1/28/2020; ECF 106) 18-cv-07721-NC where Plaintiff's counsel was sanctioned $ 5,567.25 in attorney fees in a case

1  involving the same party in this matter.   (See Exhibit 2).  Plaintiff's counsel refuses
2  to satisfy the judgment.
3
4                                              Respectfully submitted,
5  Dated May 13, 2020                    /s/ *J. Curtis Edmondson*
6                                              J. Curtis Edmondson
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on this May 13, 2020, a true and accurate copy of the above and foregoing Answer and Affirmative Defenses was filed with the District Court's CM/ECF system, which provides service to all counsel of record.

Dated  May 13, 2020                    By: /s/ *J. Curtis Edmondson*
                                       J. Curtis Edmondson