JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMEROON ASSOCIATION OF VICTIMS OF AMBAZONIA TERRORISM INC., | Case No. CV 20-1115 PA (ASx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| AMBAZONIA FOUNDATION INC., et al., | |
| Defendants. | |

In accordance with the Court's May 13, 2020 Minute Order dismissing this action for lack of prosecution, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: May 13, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE