|    |    |
|----|----|
| 1  | NSAHLAI LAW FIRM |
|    | EMMANUEL NSAHLAI, SBN (207588) |
| 2  | Email: nsahlai.e@nsahlailawfirm.com |
| 3  | 11755 WILSHIRE BLVD, STE 1250 |
|    | LOS ANGELES, CA 90025 |
| 4  | Tel    :  (213) 797-0369 |
|    | Fax    :  (213) 973-4617 |
| 5  |    |
| 6  | Attorney for Plaintiffs |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| Cameroon Association of Victims of Ambazonia Inc., on behalf of itself and its members and victims; | § § § § | **Case No.:** 2:20-cv-01115 PA (ASx) |
|---|---|---|
| Plaintiffs, | § § | **PLAINTIFF'S REPLY TO UNSERVED DEFENDANT TAPANG'S RESPONSE TO PLAINTIFFS' RESPONSE TO THE COURT'S OSC RE DISMISSAL** |
| vs. | § § § |  |
| Ambazonia Foundation Inc., non-profit Maryland corporation; Ambazonia Interim Government, entity form unknown; Ambazonia Governing Council, entity form unknown; Ambazonia Defense Forces, entity form unknown; Tapang Ivo Tanku, an individual; Christopher Anu Fobeneh a.k.a Chris Anu, an individual. | § § § § § § § § § § |  |
| Defendants, | § § § § § § § |  |

-1-

*Cameroon Association of Victims of Ambazonia Terrorism. v. Ambazonia Foundation Inc. et al
Plaintiffs Response to Unserved Defendant Tapangs Response Case No.:2:20-cv-01115-PA*

Comes now plaintiff, and provides this response, to the Unserved Defendant Ivo Tanku Tapang's response ( ECF 18 ) to plaintiffs Response to the Court's OSC re dismissal.

As alleged in this complaint, and prior complaints noted in unserved Defendants response, he is an international terrorist. In the case the unserved defendant Tapang ("Tapang") mentions attorney fees are due, Tapang terrorized plaintiffs into dropping that case due to fear of their lives, and thus they requested for dismissal, and a fraction of the attorney fees requested was allowed. ( See Exhibit A attached ).

In fact, during the case mentioned by Tapang, himself and his co-conspirator posted a public message on Facebook, threatening to kill the undersigned attorney and "his family" unless they drop the lawsuit against Tapang. *Id*. This began the series of death threats and terrorizing of plaintiffs to abdicate their case. Tapang later spent an inordinate amount of time hurling abuse and insults at plaintiffs attorney and his family for weeks on his Facebook platform. Next, Tapang requested his non-state armed groups to kidnap plaintiffs attorneys' uncle, and request that he drop the lawsuit. Plaintiffs attorney paid a ransom before his Uncle was released. *Id*.

In addition, Tapang also conspired to kill plaintiffs client, Patrick Ekema, who obtained a Temporary Restraining Order after they ordered his abduction, publickly on Facebook, in exchange for the payment of the equivalent amount of $8,000 USD approximately to anyone who succeeds. Tapang and his co-conspirator, also a named defendant in this case, called Chris Anu, had requested on Facebook that the

*Cameroon Association of Victims of Ambazonia Terrorism. v. Ambazonia Foundation Inc. et al*
Plaintiffs Response to OSC re Dismissal for lack of Prosecution  Case No.:2:20-cv-01115-PA

undersigned plaintiffs attorneys client Patrick should be abducted, and anyone who succeeds, will be paid three millions francs CFA, which is approximately $8,000 USD. Their non-state armed groups succeeded, and killed plaintiffs client Patrick Ekema in October of 2019. It is also significant that Patrick Ekema had obtained a Temporary Restraining Order in his favor against defendants, but he was still killed. This incident severely spooked and scared other plaintiffs from filing anti-terrorism and wrongful death lawsuits against defendants.

The undersigned attorney has emailed Tapangs attorney of record in this matter many times, and noted the direct threats on his life and that of his family made by Tapang and those in active participation and concert with him. The emails went ignored. We believe an attorney's ethical duties prevent him from aiding and abetting in the commission of future crimes, where he has been provided specific knowledge of same. We also believe the material support statutes, prohibits anyone including attorneys from allowing terrorists to use their platform, as a shield or to engage in future terrorist activities. This is an issue this Court may have to review, in an amended Complaint. The issue is not about past crimes. We are talking about future crimes of the defendant Tapang, which he commits with the knowledge of his attorney.

*Cameroon Association of Victims of Ambazonia Terrorism. v. Ambazonia Foundation Inc. et al*
Plaintiffs Response to OSC re Dismissal for lack of Prosecution   Case No.:2:20-cv-01115-PA

This is a defendant who has admitted on Facebook to his conspiracy to shoot down a passenger plane. The incident of shooting down the passenger plane was widely reported in the media.[1]

While Christians around the world were celebrating Easter on April 12, 2020 and suffering the effects of the pandemic, the unserved defendant Tapang along with his co-conspirator, also defendant Eric Tataw, ordered a kill list of persons on Facebook. Their non-state armed groups succeeded as last Saturday May 9th, 2020, they shot Mayor Ashu Prisley Ojong. [2]

These defendants are confirmed under investigations by the FBI and multiple organs of government who have reached out to plaintiffs attorney. It is clear that it is a matter of "when", not "if", defendants will be brought to justice, in both a civil and criminal fora, for their international terrorism and a laundry list dozens of violent criminal and terrorist acts.

Date: May 13, 2020                              Respectfully Submitted,

                                                EMMANUEL NSAHLAI

                                             By: _____/S/_____
                                             NSAHLAI LAW FIRM

---

[1] https://www.reuters.com/article/us-cameroon-security-camair/cameroon-separatists-fire-on-passenger-jet-in-northwest-idUSKBN1Y518F

[2] https://www.usnews.com/news/world/articles/2020-05-10/mayor-killed-in-ambush-in-cameroons-restive-region

1
2        EMMANUEL NSAHLAI, SBN (207588)
3        email: nsahlai.e@nsahlailawfirm.com
         11755 WILSHIRE BLVD, STE 1250
4        LOS ANGELES, CA 90025
5

6        **CERTIFICATE OF SERVICE**
7
8        I HEREBY CERTIFY that on May 13, 2020, I directed that the foregoing document be electronically filed with the Clerk of the Court by using the CM/ECF
9        system which will send notification of such filing to counsels of record.
10
11
12
13       Date: May 13, 2020
14
                                         By:_____/S/_____
15                                              EMMANUEL NSAHLAI
16
17
18
19
20
21
22
23
24
25
26
27
         *Cameroon Association of Victims of Ambazonia Terrorism. v. Ambazonia Foundation Inc. et al*
28       Plaintiffs Response to OSC re Dismissal for lack of Prosecution   *Case No.:2:20-cv-01115-PA*